UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:

SOCA IMAGING, INC.,                              Case No.: 10-11265-JKO
NAVIX IMAGING, INC.,                             Chapter 7 Cases
                                                 (Jointly Administered)
    Debtors.
_____/

### TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH HIGHLAND CAPITAL CORP.

**Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service stated in this motion shall, pursuant to local rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be canceled.**

COMES NOW the Trustee, LES OSBORNE, by and through undersigned counsel, and hereby files this Motion to Approve Compromise of Controversy with Highland Capital Corp ("HCC"), and in support thereof states:

1. This case was commenced by the filing of a voluntary petition under Chapter 11 on January 21, 2010.

2. Due to issues that arose with the principal of SOCA, Miles Gilman, the court entered an order appointing a Chapter 11 trustee on April 27, 2010 (ECF 190).

3. Les Osborne was appointed as the Chapter 11 trustee on April 28, 2010 (ECF 192).

4. By order dated September 13, 2010, this court converted the case to a case under Chapter 7 (ECF 440).

5. Les Osborne is the duly appointed and acting Chapter 7 trustee.

6. On November 5, 2010, Creditor, Highland Capital Corp ("HCC") filed an application for administrative expenses (ECF 532).

7. On January 6, 2011, this court entered an order (ECF 557) granting, in part, the application for administrative expenses and resolving certain claim issues.

8. As part of the resolution, HCC assigned any and all claims it had against Miles Gilman to the Estate. In exchange, HCC was to receive 10% of the Estate's portion of any recovery made by the Estate as to those claims.

9. The Estate did file an adversary proceeding against Gilman (Adv. 11-2658).

10. The lawsuit did contain claims which could arguably be those assigned by HCC.

11. The Trustee subsequently entered into a Settlement Agreement with Gilman, which agreement was approved by the court on July 17, 2013 (ECF 772).

12. This Settlement calls for payments to the Estate of $290,000.00.

13. Pursuant to the terms of ECF 557, HCC has requested the estate pay it the sum of $29,000.00, as its 10% portion.

14. The Trustee has disputed HCC's right to receive this sum as the Settlement included additional claims which were not part of any claims HCC would have assigned to the estate.

15. HCC disagrees with the Trustee's assertion.

16. In an effort to avoid the costs, uncertainty and expense of litigation, the parties have agreed that HCC shall be entitled to receive the sum of $10,500.00 out of the estate proceeds as full and final settlement of any claims that it has by virtue of ECF 557 (nothing herein would be deemed a waiver or settlement of any other claims HCC has in this estate).

17. Bankruptcy Rule 9019(a) provides: On motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement. Notice shall be given to creditors, the

United States Trustee, the debtor, and indenture trustees as provided in Rule 2002 and to any other entity as the court may direct.

18. Rule 9019(a) gives the Court broad authority in approving compromises or settlements. *In re Biocoastal Corp.,* 164 B.R. 1009, 1016 (Bankr. M.D.Fla. 1993) (citing *In re Charter Co.,* 72 B.R. 70 (Bankr. M.D.Fla.1987)). The determination of whether to approve a compromise is a matter committed to the sound discretion of the bankruptcy judge. *River city v. Herpel (In re Jackson Brewing Co.),* 624 F.2d 599, 602-603 (5th Cir. 1980). In exercising this discretion, the court should approve the proposed settlement if it is in the best interests of the estate. *Id.* In determining whether a proposed compromise is in the best interests of the estate, the bankruptcy court should consider the following factors as enunciated in *In re Justice Oaks II, Ltd.,* 898 F.2d 1544, 1549 (11th Cir. 1990), cert denied, 498 U.S. 959 (1990):

(1) the probability of success in the litigation. The Trustee believes there was substantial probability for success in the litigation, however it was not 100% and even if the Trustee was victorious at trial, there was the possibility of appeal;

(2) the difficulties, if any, to be encountered in the matter of collection;

(3) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it. The Trustee believes that the costs of litigation would exceed the amount of settlement reached in the instant case, thus generating no economic benefit to the estate; and

(4) the paramount interests of the creditors and a proper deference to their reasonable views in the premises. The settlement is being served on all creditors and interested parties and provides for a period within which objections may be filed.

19. For the foregoing reasons, the Trustee recommends approval of this settlement

because it is fair and reasonable, falls within the reasonable range of possible litigation outcomes, and is in the best interest of the estate because full settlement precludes any risks associated with litigation in this matter, increases the dividend available to creditors and allows for a distribution of sums and proceeds within a reasonable time.

WHEREFORE, the Trustee requests this Court enter an Order granting the Motion to Approve Compromise of Controversy, and for such other and further relief as may be just.

I HEREBY CERTIFY that a copy of the foregoing was furnished electronically where available or by regular mail to all creditors and interested parties listed below and on the attached list this October 22, 2013.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

        LES OSBORNE, Chapter 7 Trustee
        1300 N. Federal Hwy, Suite 203
        Boca Raton, FL  33432
        Telephone: 561-368-2200
        Facsimile: 561-338-0350

        BY:      /s/ Les Osborne
            Leslie S. Osborne
            Florida Bar No.: 0823139

**SERVICE LIST:**

Attached

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 10-11265-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Tue Oct 22 10:23:00 EDT 2013 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Armrad, Inc.<br>c/o Vincent Alexander<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134-6039 |
| Boinis Associates, Ltd.<br>c/o Alvin S Goldstein<br>2255 Glades Rd #337W<br>Boca Raton, FL 33431-7379 | Cardinal Health 414, LLC<br>c/o Glenn Moses, Esq<br>100 SE 2nd Street Suite 4400<br>Miami, FL 33131-2118 | Colonial Pacific Leasing Corporation<br>c/o Eyal Berger<br>350 E Las Olas Blvd #1600<br>Ft Lauderdale, FL 33301-4247 |
| Dresnick Healthcare Advisors, LLC<br>c/o Noel Boeke, Esq.<br>Holland & Knight LLP<br>P.O.Box 1288<br>Tampa, FL 33601-1288 | Ford Motor Credit Company LLC<br>c/o Kenneth M Jones<br>1333 S University Dr #201<br>Plantation, FL 33324-4001 | GE Healthcare<br>3000 N Grandview Blvd<br>Waukesha, WI 53188-1615 |
| General Electric Capital Corporation<br>c/o Eyal Berger<br>350 E Las Olas Blvd #1600<br>Ft Lauderdale, FL 33301-4247 | General Electric Capital Corporation<br>c/o Robert J Nader, Esq<br>1509 W Swann Ave #235<br>Tampa, FL 33606-2511 | Highland Capital Corp.<br>c/o Gordon Dieterle<br>2300 Glades Rd #400 East<br>Boca Raton, FL 33431-8521 |
| I-O Trak<br>c/o Raymond Rotella<br>P O Box 113<br>Orlando, Fl 32802-0113 | InMed Diagnostic Services of SC, LLC<br>c/o Charles M. Tatelbaum<br>Adorno & Yoss LLP<br>350 E. Las Olas Blvd.<br>Suite #1700<br>Ft. Lauderdale, FL 33301-4217 | Katz Barron Squitero Faust<br>2699 S. Bayshore Drive<br>7th Floor<br>Miami, FL 33133-5425 |
| Lyon Financial Services Inc.<br>c/o Edward J O'Sheehan<br>200 E Broward Blvd #2100<br>Ft Lauderdale, FL 33301-1972 | Murdock Village Health Centers, LLC<br>c/o Darol H M Carr, Esq<br>99 Nesbit St<br>Punta Gorda, FL 33950-3636 | Philips Healthcare<br>c/o Joshua C Prever<br>200 S Biscayne Blvd #5300<br>Miami, FL 33131-2333 |
| Philips Medical Capital, LLC<br>c/o Daniel L. Gold, Esq.<br>501 Brickell Key Drive<br>Suite 300<br>Miami, Fl 33131-2624 | SB Capital Corp<br>c/o Bayer Corp<br>attn Shirley Beach, Cr. Dept.<br>3930 Edison Lakes Pkwy<br>Mishawaka, IN  46545-3443 | Siemens Financial Services, Inc<br>c/o Regina A Echols<br>3940 NE 13 Dr<br>Homestead, FL 33033-5933 |
| Siemens Financial Services, Inc.<br>c/o Daniel Gold<br>501 Brickell Key Dr #300<br>Miami, Fl 33131-2624 | Soca Imaging, Inc.<br>8100 Royal Palm Blvd #102<br>Coral Springs, FL 33065-5733 | Soca Properties LLC<br>c/o 1501 Sunset Dr 2nd floor<br>Coral Gables, FL 33143-5878 |
| Soca Properties, LLC<br>c/o Francis L. Carter, Esq.<br>2699 S. Bayshore Dr 7 Fl<br>Miami, FL 33133-5425 | Soca Services, Inc.<br>c/o Francis L. Carter<br>2699 S Bayshore Dr 7 Fl<br>Miami, FL 33133-5425 | South Bay Radiology, Inc.<br>9007 Shawn Park Place<br>Orlando, FL 32819-4830 |
| SunTrust Bank<br>c/o Maureen A. Vitucci<br>301 E. Pine Street, Suite 1400<br>Orlando, FL 32801-2741 | The Olympiad Partnership, LLP<br>Glenn Rasmussen Fogarty & Hooker, P.A.<br>c/o Robert B Glenn<br>100 S. Ashley Drive, #1300<br>Tampa, FL 33602-5309 | United States Dept of Health and Human Servi<br>c/o Audrey B Williams, Esq<br>61 Forsyth St SW #5M60<br>Atlanta, GA 30303-8931 |

| | | |
|---|---|---|
| UnitedRADS, LLC<br>UnitedRADS, LLC<br>P.O. Box 692649<br>Orlando, FL 32869-2649 | A Lien Connection<br>2400 Dinneen Avenue<br>Orlando, FL 32804-4206 | A Linen Collection<br>2400 Dinneen Ave<br>Orlando, FL 32804-4206 |
| ADP, Inc.<br>P.O. Box 9001006<br>Louisville, KY 40290-1006 | ADT Security Services<br>P.O. Box 371967<br>Pittsburgh, PA 15250-7967 | AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 |
| AT&T Corp<br>Attorney James Grudus Esq<br>AT&T Inc<br>1 AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Aber Diagnostics, Inc.<br>2180 Premieer Row<br>Orlando, FL 32809-6210 | Accumed Engineering<br>7891 West Flagler St.<br>#175<br>Miami, FL 33144-2303 |
| Action Metals & Refinning LLC<br>13610 Granville Avenue<br>Clermont, FL 34711-7174 | Adams Group<br>8079 Golf Course BLVD.<br>Punta Gorda, FL 33982-2428 | Advantage Medical Electronics<br>1700 Pennsylvania Pl<br>Mobile AL 36695-4302 |
| Advantage Pages<br>1620 Tamiami Trial<br>Suite 100<br>Port Charlotte, FL 33948-4017 | Aflac<br>Attn: Remittance Procedding Ser.<br>1932 Wynnton Road<br>Columbus, GA 31993-0001 | Alan Gold, P.A.<br>1501 Sunset Dr.<br>#2<br>Miami, FL 33143-5878 |
| Alan Hymes<br>1098 N.W. 83RD Drive<br>Pompano Beach, FL 33071-7162 | All Star Printing<br>2955 N Powerline Rd<br>Pompano Beach, FL 33069-1011 | Alliance Health Care Services<br>c/o George T Gost<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd 12 Fl<br>Encino, CA 91436-2829 |
| Alliance Healthcare Service<br>P.O. Box 6600<br>Newport Beach  CA 92658-6600 | Alliance Recruting Resource<br>2708 Halifax Court<br>McKinney, TX 75070-4792 | American Medicla Supp & Equip<br>8361 N.W. 36th St.<br>Miami, FL 33166-6615 |
| American Sign Language Svcs<br>3700 Commerce Blvd<br>#216<br>Kissimmee, FL 34741-4656 | Ann Shaw<br>4300 Riverside Drive<br>#164<br>Punta Gorda, FL 33982-1793 | Anna Badura<br>109 Crane Terrace<br>Rotonda West, FL 33947-2880 |
| Armchem<br>3563 N.W. 53rd COurt<br>Fort Lauderdale, FL 33309-6344 | Armrad, Inc.<br>Arthur Miller, M.D.<br>4564 Red Maple Drive<br>Jensen Beach, FL 34957-3485 | Aspen Publishers, Inc.<br>4829 Innovation Way<br>Chicago, IL 60682-0048 |
| Audrey K. Stamps<br>4300 Riverside Drive<br>#17<br>Punta Gorda, FL 33982-1787 | Bailey's Carpet Care<br>P.O .Box 496027<br>Port Charlotte, FL 33949-6027 | Banc of America Leasing & Capital<br>2059 Northlake PKWY 4 S.<br>Tucker, GA 30084-5321 |

| | | |
|---|---|---|
| Banyan Internationa Corp.<br>2118 E. Interstate 20<br>P.O. Box 1779<br>Abilene, TX 79604-1779 | Barton & Associates, Inc.<br>10 Dearborn Rd<br>Peabody MA 01960-8836 | Beachley Bus & Med Froms<br>23 Fontana Lane<br>#102<br>Rosedale, MD 21237-4648 |
| Beekley Corporation<br>One Prestige Lane<br>Bristol, CT 06010-7454 | Belinda G Marts<br>13491 Romford Avenue<br>Port Charlotte, FL 33981-6148 | Benifit ADM System<br>6 Executive Drive<br>Suite 1<br>Fairview Heights, IL 62208-1360 |
| Bermuda Avenue Shopping Center Assoc.<br>P.O. Box 296<br>Corvent Station, NJ 07961-0296 | Betty Catherine Proctor<br>3644 N.W. 83 Lane<br>Fort Lauderdale, FL 33351-1128 | Biomedical Waste Solutions<br>P.O. Box 590068<br>Orlando, FL 32859-0068 |
| Blesida O Enriquez<br>1527 Sage Creek<br>Orlando, FL 32824-9106 | Boinis Associates LTD<br>8109 Royal Palm Blvd.<br>Suite 201<br>Pompono Beach, FL  33065 | Bonita Stiggins<br>375 Naranja Road<br>Osteen, FL 32764-8703 |
| Bonnie Varela<br>1645 N.E. 30 St.<br>Pompano Beach, FL 33064-6838 | Bora Purutcuoglu<br>1957 Deerview Place<br>Longwood, FL 32750-4580 | Bracco Diagnostic Inc.<br>P.O. Box 532411<br>Charlotte, NC 28290-2411 |
| Broadview Security<br>P.O. Box 70834<br>Charlotte, NC 28274-0001 | Bruce J. Stratt, M.D.<br>17553 MiddleBrook Way<br>Boca Raton, FL 33496-1021 | Bullit Services of Florida<br>5112 Tari Stream Way<br>Brandon, FL 33511-8418 |
| C & R Graphics, Inc.<br>2320 Tamiami Trail<br>#1&2<br>Port Charlotte, FL 33952-3948 | CGLIC- Chattanooga Easc<br>5089 Collection Center Dr.<br>Chicago, IL 60693-0050 | Canon Business Solutions, Inc.<br>15004 Collection Center Drive<br>Chicago, IL 60693-0150 |
| Cardiac Science Corp.<br>Dept. 0587<br>P.O. Box 120587<br>Dallas, TX 75312-0587 | Cardinal Health<br>Nuclear Pharmacy Services<br>P.O. Box 905488<br>Charlotte, NC 28290-5488 | Cardinal Health 414, LLC<br>Attn: Debra Willet<br>7000 Cardinal Pl<br>Dublin, OH 43017-1091 |
| Carestream Health, Inc.<br>Dept Ch 19286<br>Palatine, IL 60055-0001 | Century<br>P.O. Box 96064<br>Charlotte, NC 28296-0064 | Charlotte CNTY family YMCA<br>1777 Tamiami trail<br>Suite 501<br>Port Charlotte, FL 33948-4001 |
| Charlotte City Tax Collector<br>18500 Murdock Circle<br>Port Charlotte, FL 33948-1075 | Charlotte County Chamber<br>2702 Tamiami Trail<br>Port Charlotte, FL 33952-5129 | Charlotte Local Edu Foundation<br>1445 Ecucation Way<br>Port Charlotte, FL 33948-1052 |

| | | |
|---|---|---|
| Charlotte Players<br>P.O. Box 494088<br>Port Charlotte, FL 33949-4088 | Choce Point<br>P.O. Box 105186<br>Atlanta, GA 30348-5186 | Citicorp Vendor Finance<br>450 Mamaroneck Avenue<br>Harrison, NY 10528-2402 |
| Coastal Imaging Solution<br>Dr. Ramchander<br>806 Riverside Drive<br>Ormond Beach, FL 32176-7851 | Coeur Inc. Lockbox<br>P.O. Box 809026<br>Chicago, IL 60680-9026 | Comcast Cablevision<br>P.O. Box 105184<br>Atlanta, GA 30348-5184 |
| Conroy, Simberg, Ganon<br>3440 Hollywood Blvd.<br>Secnd Floor<br>Hollywood, FL 33021-6927 | Constance Gorman<br>27110 Jone Loop Road<br>#204<br>Punta Gorda, FL 33982-2477 | Constance J. Lyons<br>7247 Solanda Lane<br>Fort Lauderdale, FL 33321-5339 |
| Cup-A-Coffee<br>P.O. Box 471395<br>Lake Monroe, FL 32747-1395 | DHL Express Inc.<br>P.O. Box 277290<br>Atlanta, GA 30384-7290 | Dabrowski Remodeling Corp.<br>2024 Peachtree Blvd.<br>Saint Cloud, FL 34769-1637 |
| Daniel Tufariello<br>1209 San Mateo Dr.<br>Punta Gorda, FL 33950-6327 | Darinka Simic<br>10413 Reims Avenue<br>Englewood, FL 34224-8803 | Darlene Lowe<br>9584 N.E. Williams Ave<br>Arcadia, FL 34266-5888 |
| David Gulkis<br>8538 N.W. 27 Drive<br>Pompano Beach, FL 33065-5364 | Davidson<br>Insulatio & Acoustics, Inc.<br>P.O. Box 380939<br>Murdock, FL 33938-0939 | Debbie L. Stowaers<br>23777 Jose Fine Drive<br>Kissimmee, FL 34744 |
| Dell Marketing L.P.<br>P.O. Box 534118<br>Atlanta, GA 30353-4118 | Dex<br>8400 Innovation Way<br>Chicago, IL 60682-0084 | Diagnostic Physics<br>P.O. Box 480367<br>Delray Beach, FL 33448-0367 |
| Diana Castano<br>3963 F Coco Plum Circle<br>Pompano Beach, FL 33063-1852 | Diana Larbig<br>326 Old Dunn Court<br>Lake Mary, FL 32746-5943 | Diane Green<br>7130 Rosemont Drive<br>Englewood, FL 34224-8026 |
| Diane M. Kepus<br>1934 Helmy Terrace<br>Deltona, FL 32725-3611 | Digitel Corporation<br>2600 School Drive<br>Atlanta, GA 30360-3142 | Dorilyn Ludwick<br>6170 S.W. 5th St.<br>Pompano Beach, FL 33068-1753 |
| Dorothy Horley<br>2682 Arron Court<br>Kissimmee, FL 34744-4060 | Dorothy Luther<br>601 Ponerosa Drive<br>Saint Cloud, FL 34769-1658 | Dorothy Parker<br>700 Balsa Drive<br>Altamonte Springs, FL 32714-1301 |

| | | |
|---|---|---|
| Dove Data Product<br>P.O. Box 6106<br>Florence, SC 29502-6106 | Dr. Dale Newton, M.D.<br>3011 Marta Circle<br>Apt. #203<br>Kissinnee, FL 31210 | Duane Heyne<br>10741 Tyson Road<br>Orlando, FL 32832-6103 |
| Dynamioc Medical Supplies, Inc.<br>13331 S.W. 132 Avenue<br>Unit 15<br>Miami, FL 33186-6196 | Elena J Costales<br>12816 Fish Ln<br>Clermont FL 34711-8076 | Ellyse Ecksel<br>2635 Stonehill Dr<br>Cumming, GA 30041-9305 |
| Energy Air, Inc<br>5401 Energy Air Court<br>Orlando, FL 32810-3369 | Enviromed of Bay County, Inc.<br>P.O. Box 35594<br>Panama City, FL 32412-5594 | Esquire Deposition Services<br>P.O. Box 785751<br>Philadelphia, PA 19178-5751 |
| Evelyn Gardner<br>954 Dobell Terrace N.W.<br>Port Charlotte, FL 33948-6360 | Evelyn Sition<br>8441 N.W. 78 Court<br>Fort Lauderdale, FL 33321-1616 | FL H Fish Memorial<br>P.O. Box 864393<br>Orlando, FL 32886-4393 |
| FL Laborers Health<br>P.O. Box 1449<br>Goodlettsville, TN 37070-1449 | Farr law Firm<br>99 Nesbit Street<br>Punta Gorda, FL 33950-3636 | Fedex<br>P.O. Box 94515<br>Palatine, IL 60094-4515 |
| First Federal Credit Control<br>24700 Chagrin Blvd.<br>Suite 205<br>Beachwood, OH 44122-5662 | Florida Power & Light<br>General Mail facility<br>Miami, FL 33102 | Florida Special Arts Center I<br>10258 N.W. 46th Street<br>Fort Lauderdale, FL 33351-7902 |
| Folsom Services, Inc.<br>25 East 13 St.<br>Saint Cloud, FL 34769-4746 | Francis Passman<br>5214 Lack Jack Circle<br>Punta Gorda, FL 33982-9601 | Franklin Business Systems<br>5076 Winters Chaptel Road<br>Suite 200<br>Atlanta, GA 30360-1832 |
| GE Healthcare Financial Svcs<br>P.O. Box 641419<br>Pittsburgh, PA 15264-1419 | GE Walker, Inc.<br>3502 C. Queen Aplm Drive<br>Tampa, FL 33619-1391 | GECC<br>83 Wooster Hts Rd.<br>Danbury, CT 06810-7548 |
| GECC<br>P.O. Box 414-W-790<br>Milwaukee, WI 53201 | GHI<br>P.O. Box 291506<br>Nashville, TN 37229-1506 | Gale English<br>123 Richmond Avenu South<br>Lehigh Acres, FL 33936-6919 |
| Geha<br>P.O. Box 410014<br>Kansas City, MO 64179-0001 | Geiger Florida<br>P.O. Box 712144<br>Cincinnati, OH 45271-0001 | General Elecric Capital Corporation<br>c/o Robert J. Nader, Esquire<br>1509 West Swann Avenue, Suite 235<br>Tampa, FL 33606-2511 |

| | | |
|---|---|---|
| General Electric Capital Corporation<br>c/o Robert J. Nader, Esquire<br>1509 West Swann Avenue, Suite 235<br>Tampa, FL 33606-2511 | General Injectables & Vaccines<br>POB 9<br>Bastian, VA 24314-0009 | Gilbert Rivera<br>2140 Walden Park Circle<br>#104<br>Kissimmee, FL 34744-6337 |
| Glenda C. Batey<br>1301 Cinda Court<br>Saint Cloud, FL 34772-9188 | Global Medical<br>12013 S.W. 129 Ct.<br>Unit 6<br>Miami, FL 33186-6942 | Glorimar Walters<br>6010 Shakewoods Circle<br>#150<br>Fort Lauderdale, FL 33319-2361 |
| Grainer<br>P.O. Box 419267<br>Dept 287 845455716<br>Kansas City, MO 64141-6267 | Hamilton's Uniforms LLC<br>3762 - H Tamiami trail<br>Port Charlotte, FL 33952-8363 | Harrinarai Ramkumar<br>180 Toluca Drive<br>Kissimmee, FL 34743-7030 |
| Hasler, Inc.<br>P.O. Box 3808<br>Milford, CT 06460-8708 | Health Search, Inc.<br>243 York road<br>Carlisle, PA 17013-3157 | Healthland Bus Credit<br>390 Union Blvd.<br>#600<br>Lakeland, CO 80228-1557 |
| Henry B Floyd IV, MD<br>3158 Tala Loop<br>Longwood, FL 32779-3127 | Henry Rivero<br>2129 Charleston Park Drive<br>North Port, FL 34287-1795 | Highland Capital Corp.<br>c/o Gordon A. Dieterle, Esquire<br>McClosky, D'Anna & Dieterle, LLP<br>2300 Glades Rd., #400 East<br>Boca Raton, FL 33431-7386 |
| Hoghland Capital Corps<br>5 Center Avenue<br>Little Falls, NJ 07424-2224 | HomeDepot Credit Services<br>Dept. 32-2500 190107<br>P.O. Box 9055<br>Des Moines, IA 50368 | Humberto Serrano<br>8287 N.W. 70 St.<br>Fort Lauderdale, FL 33321-2749 |
| I-O Trak<br>P.O. Box 540149<br>Orlando, FL 32854-0149 | IBA Molecular<br>Coface North America, Inc.<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1419 | IBA Molecular Amer. Inc.<br>P.O. Box 9500-2515<br>Philadelphia, PA 19195-0001 |
| ING<br>401K Plan Services<br>P.O. Box 837189<br>Philadelphia, PA 19182-0001 | INGENIX<br>P.O. Box 27116<br>Salt Lake City, UT 84127-0116 | IT Business Solutions group<br>110 Bomar Court<br>Suite 142<br>Longwood, FL 32750-4480 |
| Idearac Media Corp.<br>P.O. Box 619009<br>Dallas, TX 75261-9009 | Ikon Office Solution<br>P.O .Box 532521<br>Atlanta, GA 30353-2521 | Image First<br>P.O. Box 18139<br>Clearwater, FL 33762-1139 |
| Imagefirst Miami<br>P.O .Box 7416<br>Wayne, PA 19087-7416 | Indian River Radiology<br>alan M fisher<br>825 S IS Highway 1 #310<br>Jupiter FL 33477 | Indian River Radiology, P.A.<br>1485 37 St.<br>Suite 107<br>Vero Beach, FL 32960-6518 |

| | | |
|---|---|---|
| Intermed Nuc Med, Inc.<br>13351 Progress Blvd<br>Alachua, FL 32615-9445 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Irma's Cleaning Services, Inc.<br>Attn: Irma Worns<br>23240 Harper Avenue<br>Punta Gorda, FL 33980-2915 |
| Irrigation MGMT Of Central FL<br>5815 Patrick Lane<br>Saint Cloud, FL 34771-8750 | JRT Associates<br>5 Nepperham Avenue<br>Suite 2B<br>Elmsford, NY 10523-2500 | James J. Aqnello<br>1704 Alvarado Court<br>Longwood, FL 32779-2703 |
| Janice Grenier<br>34213 Washington Loop Road<br>Punta Gorda, FL 33982-9679 | Jassira Ramkumar<br>180 Toluca Drive<br>Kissimmee, FL 34743-7030 | Jessica Phillips<br>3496 Coral Springs Drvie<br>Pompano Beach, FL 33065-7400 |
| Joe Ford Jacobs MD<br>6602 N Clark<br>Chicago IL 60626-4004 | John M. Brady<br>1888 N.W. 88th Way<br>Pompano Beach, FL 33071-6175 | Juan F. Rodriguez<br>176 Fiesta Drive<br>Kissimmee, FL 34743-9510 |
| Judy Onofri<br>3681 Hidden Valley Circle<br>Punta Gorda, FL 33982-8707 | KC Medical Imaging, Inc.<br>522 Hunt Club BLVD.<br>#407<br>Apopka, FL 32703-4960 | Karen Gresham<br>604 Judges Way<br>Troy, MO 63379-4471 |
| Kathleen Andrea<br>76 Tropicana Drive<br>Punta Gorda, FL 33950 | Kathleen Fidler<br>5549 Misty Wood Court<br>Oviedo, FL 32765-6612 | Kathleen Marks<br>5281 N.W. 89 Drive<br>Pompano Beach, FL 33067-4613 |
| Kevin M. Noble<br>6880 N.W. 79rd Street<br>Pompano Beach, FL 33067 | Key Equipment Finance<br>4 Campus Drive<br>Parsippany, NJ 07054-4405 | Kraiser Found Health<br>Attn: Regional CLaims Recover<br>File 50187<br>Los Angeles, CA 90074-0001 |
| Lake Mary Professional Center<br>1516 E. Hillcrest St.<br>Suite 210<br>Orlando, FL 32803-4728 | Lane Deyoe, M.D.<br>4770 Bucida Rd.<br>Boyton Beach, FL 33436-7325 | Lesley Dorminy<br>1407 Crestridge Drive<br>Kissimmee, FL 34746-4285 |
| Lesley Thomson<br>26113 Tattersall Lane<br>Punta Gorda, FL 33983-6204 | Lifeguard Security Sytems<br>2534 Sulstone Dr.<br>Punta Gorda, FL 33983-3181 | Lillian Robles<br>2579 Donjay Avenue<br>Kissimmee, FL 34741-1769 |
| Locumtenens.co,<br>P.O. Box 405547<br>Atlanta, GA 30384-5547 | Lora Frankenberg<br>P.O. Box 702047<br>Saint Cloud, FL 34770-2047 | Luisa Santiago<br>1948 Mokton Road<br>Orlando, FL 32837-5728 |

| | | |
|---|---|---|
| Lyon Financial Services, Inc.<br>c/o Edward J. O'Sheehan, Esq.<br>Shutts & Bowen LLP<br>200 East Broward Blvd., Suite 2100<br>Fort Lauderdale, FL 33301-1972 | Mac Cabling<br>206 Lynbrook Drive<br>Orlando, FL 32807-4953 | Magellan Health<br>Roceceries Lockbox<br>P.O. Box 785346<br>Philadelphia, PA 19178-5346 |
| Magellan Health Ser<br>Recoveries Lockbox<br>P.O. Box 785346<br>Philadelphia, PA 19178-5346 | Mallah Furman & Company<br>1001 Brickell Bay Dr #1400<br>Miami FL 33131-4938 | Marie Glorioso<br>7930 Granada Place<br>#304<br>Boca Raton, FL 33433-6324 |
| Mark Weisser Productions Inc<br>85 E 9 Ct<br>Hialeah FL 33010-5132 | Marthat A. balais<br>6007 N.W. 1st Street<br>Pompano Beach, FL 33063-5112 | Mary Jay Mechlin<br>3091 N. Twin Lakes Drive<br>Avon Park, FL 33825-9103 |
| Mary Langford<br>220 Ventana Drive<br>Kissimmee, FL 34759-3112 | Marylou A. Layeni<br>942 Beresford Way<br>Lake Mary, FL 32746-6437 | Matthew S. Welch<br>Kinsey Vincent Pyle, P.L.<br>150 S Palmetto Ave #300<br>Daytona Beach FL 32114-4382 |
| Maureen Ellen Smith<br>5126 Chardonnay Drive<br>Pompano Beach, FL 33067-4123 | McKesson Medical Surgical<br>P.O. Box 933027<br>Atlanta, GA 31193-3027 | McKesson Speciality Dist. LLC<br>P.O. Box 841838<br>Dallas, TX 76284 |
| Mediation, Inc.<br>P.O. Box 4978<br>Fort Lauderdale, FL 33338-4978 | Medical & Commercial Cleanig<br>3240 Herons Point Circle<br>Suite A<br>Kissimmee, FL 34741-7534 | Medical Device technologies<br>135 S. Lasalle, Dept. 2944<br>Chicago, IL 60674-1239 |
| Medicare Part B<br>Debt Recovery<br>P.O. Box 44141<br>Jacksonville, FL 32231-4141 | Medlearn<br>287 E. 6th St.<br>Suite 400<br>Saint Paul, MN 55101-1658 | Mernadette Miller<br>519 Atwater Street<br>Port Charlotte, FL 33954-2911 |
| Michael Sfron<br>4481 Carambola Circle Shouth<br>Pompano Beach, FL 33066-2561 | Michele Sirica<br>2168 N.W. 91 Lane<br>Pompano Beach, FL 33071-6131 | Microsoft MSDN<br>P.O. Box 848529<br>Dallas, TX 75284-8529 |
| Miles Gilman<br>3769 Stewart Avenue<br>Coconut Grove, FL 33133-6732 | Miles Gilman<br>c/o Alan Gold PA<br>1501 Sunset Dr 2 Fl<br>Coral Gables, FL 33143-5878 | Millennuim Medical System<br>8451 S.W. 10 St.<br>Miami, FL 33144-4065 |
| Mindy Levinson<br>7630 Westwood Drive<br>#326<br>Fort Lauderdale, FL 33321-2356 | Miriam D. Mendes<br>521 Louisian Avenue<br>Saint Cloud, FL 34769-2663 | Mirion Technologies, Inc.<br>2652 McGaw Avenue<br>Irvine, CA 92614-5840 |

| | | |
|---|---|---|
| Modular Mailing System<br>4913 W. Laurel St.<br>Tampa, FL 33607-3811 | Monica A. Kleinschrodt<br>606 Whittingham Place<br>Lake Mary, FL 32746-3788 | Murdock Village Health Center LLC<br>19621 Toledo Blade Blvd.<br>Port Charlotte, FL 33948-2070 |
| Murdock Village Health Centers, LLC<br>c/o Darol H. Carr<br>99 Nesbit St<br>Punta Gorda, FL 33950-3636 | N American Magnetics Corp<br>2974 LBJ Freeway<br>LB 7 Suite 401<br>Dallas, TX 75234-7602 | NA Office Solutions<br>6314 Kingspoint PKWY<br>Orlando, FL 32819-6531 |
| NGHI V Ho<br>383 S.W. 65 Avenue<br>Pompano Beach, FL 33068-1540 | Nancy Carol Cooke<br>3599 Satin Leaf Court<br>Pompano Beach, FL 33065-6006 | Nancy Devito<br>2578 Auburn BLVD.<br>Port Charlotte, FL 33948-4903 |
| Nelly J. rivera<br>3340 Pinewald Drive<br>#1524<br>Pompano Beach, FL 33063-7841 | Network reporting Corporation<br>44 West Flagler St.<br>Suite 1200<br>Miami, FL 33130-6810 | Newmatic Sound Systems<br>P.O. Box 451454<br>Petaluma, CA 94975 |
| Nieves Greenglat<br>2751 Palmaire Drive, N.201<br>Pompano Beach, FL 33069-3467 | Nuance Communication, Inc.<br>Lock Box 6924<br>c/o Citibank Lockbox Operation<br>1615 Brett Road<br>New Castle, DE 19720-2425 | Nutech Fire & Security<br>150 Candace Dr.<br>Maitland, FL 32751-3331 |
| Oakstone Medical Publising<br>P.O .Box 381205<br>Birmingham, AL 35238-1205 | Office Depot<br>P.O. B633204<br>Cincinnati, OH 45263-0001 | Office Depot Credit Plan<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 |
| Office Furniture & Designe Con<br>11866 Metro Parkway<br>Fort Myers, FL 33966-1307 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Olympial Partnership<br>P.O. Box 510983<br>Punta Gorda, FL 33951-0983 |
| Osceolas Press<br>P.O. Box 450245<br>Kissimmee, FL 34745-0245 | Own Teruel<br>5160 S.W. 77th Court<br>Pompano Beach, FL 33068 | PEHP<br>56D East 200 South<br>Salt Lake City, UT 84111 |
| Pagan Ramos Haydee<br>516 Elkwood Court<br>Kissimmee, FL 34743-9025 | Pamela Daley<br>2771 Taft Street<br>#305<br>Pompano Beach, FL 33065 | Parts Source, LLC<br>North america Imaging<br>777 Lena Drive<br>Aurora, OH 44202-8025 |
| Pary k. Ursul<br>29200 Jones Loop road<br>#390<br>Punta Gorda, FL 33950-9324 | Patricia Damico<br>1631 Abalom St.<br>Punta Gorda, FL 33980-4808 | Patricia Demilt<br>1075 N.W. 121 Lane<br>Pompano Beach, FL 33071-5006 |

| | | |
|---|---|---|
| Patricia Feelyn<br>11221 N.W. 42 Street<br>Pompano Beach, FL 33065-7745 | Patsy Heffner, CFC<br>Osceola Co. tax Collector<br>P.O. Box 422105<br>Kissimmee, FL 34742-2105 | Philips Healthcare f/k/a Philips Medical Sys<br>c/o Joshua Prever<br>Morgan Lewis & Lewis<br>200 S. Biscayne Boulevard, Suite 5300<br>Miami, FL 33131-2339 |
| Phillips Medical Systems<br>P.O .Box 100355<br>Atlanta, GA 30384-0355 | Pitney Bowes, Inc.<br>P.O. Box 856390<br>Louisville, KY 40285-6390 | Positive Promotions<br>15 Gilpin Aven<br>Hauppauge, NY 11788-4723 |
| Pratice MGMT Infomation Corp.<br>4727 Wilshire BLVD.<br>Los Angeles, CA 90010-3806 | Pratime Patel<br>111 Brcuh Creek Drive<br>Sanford, FL 32771-7750 | Price, MD. Leroi<br>812 W Oak Street<br>Kissimmee, FL 34741-6625 |
| Priority Healthcare Dist. Inc.<br>P.O. Box 533307<br>Charlotte, NC 28290-3307 | Pro File<br>Information Management Systems<br>201 Tech Drive<br>Sanford, FL 32771-6627 | Purchase Power<br>P.O. Box 856042<br>Louisville, KY 40285-6042 |
| Quickprint<br>1869 Manzana Avenue<br>Punta Gorda, FL 33950-6048 | Randall F Dunn<br>2211 Bermida St.<br>Punta Gorda, FL 33980-5705 | Raquel Pereira<br>2363 Town and Country Drive<br>Kissimmee, FL 34744-2641 |
| Ray Valdes<br>Seminole COunty Tax Colelctor<br>P.O. Box 630<br>Sanford, FL 32772-0630 | Raytech Medical Inc.<br>112 Goins Drive<br>Seffner, FL 33584-3648 | Red Monkey Florist<br>3806 A. Tamiami Trail<br>Port Charlotte, FL 33952-8353 |
| Rexel Electrical & Datacom<br>Dept. At 952726<br>Atlanta, GA 31192-0001 | Richard Mitchell<br>3618 Terrina Court<br>Orlando, FL 32818-2222 | Robert D. Burke, MD<br>844 Harbour Isles Place<br>Palm Beach Gardens, FL 33410-4408 |
| Rodel Bueno<br>832 Country Crossing Court<br>Kissimmee, FL 34744-4643 | Rome II<br>P.O. Box 536576<br>Orlando, FL 32853-6576 | Ronal E. Sixth<br>29200 Jones Loop Road<br>Lot 604<br>Punta Gorda, FL 33950-9333 |
| Rotech Healthcare Inc.<br>P.O. Box 3112<br>Southeastern, PA 19398-3112 | Ruben, McClosky, Smith<br>P.O. Box 1900<br>Fort Lauderdale, FL 33302-1900 | Ruth Contez<br>3336 Apache Lane<br>Pompano Beach, FL 33063-8369 |
| S. Floirda Medical Systems Co.<br>9760 Quinn Court<br>Wellington, FL 33414 | Sage Software Healthcare, Inc.<br>12644 Collections Center Dr.<br>Chicago, IL 60693-0126 | Sage Software, Inc.<br>P.O. Box 849887<br>Dallas, TX 75284-9887 |

| | | |
|---|---|---|
| Sarasota Herald - Tribune<br>P.O. Box 911364<br>Orlando, FL 32891-0001 | Scemaus Medical Solutions<br>51 Valley Stream PKWY<br>Malbern, PA 19355-1406 | Schneider & Sons, LLC<br>3900 N.W. 78 Lane<br>Hollywood, FL 33024-8324 |
| Seminole County Tax Collector<br>c/o Ray Valdes<br>1101 E 1st St<br>POB 630<br>Sanford FL 32772-0630 | Seth H Harris<br>2435 Academy Cir E #304<br>Kissimmee, FL 34744-8511 | Shamrock Scientific<br>34 Davis Drive<br>P.O. Box 143<br>Bellwood, IL 60104-0143 |
| Sheila Dayton<br>c/o Michael L Beckman<br>6350 Presidential Ct # A<br>Fort Myers FL 33919-3570 | Shell Fleet Plus<br>Processing Center<br>P.O. Box 183019<br>Columbus, OH 43218-3019 | Shirley Ellis<br>11842 N.W. 28 St.<br>Pompano Beach, FL 33065-3314 |
| Shredi it Orlando<br>201 Tech Drive<br>Sanford, FL 32771-6627 | Siemaus Financial Services<br>186 Wood Avenue South<br>Iselin, NJ 08830-2725 | Siemens Financial Services<br>2809 Collections Center Dr.<br>Chicago, IL 60693-0028 |
| Siemens Financial Services, Inc.<br>c/o Angela Z. Miller, Esq.<br>Phillips Lytle LLP<br>3400 HSBC Center<br>Buffalo, NY 14203-2887 | Simone Noel<br>3193 River Branch Circle<br>Kissimmee, FL 34741-7603 | Soca Properties, LLC<br>Miles Gilman<br>c/o Alan Gold PA<br>1501 Sunset Dr 2 Fl<br>Coral Gables, FL 33143-5878 |
| Soca Properties, LLC<br>c/o Francis L. Carter<br>Katz Barron Squitero Faust<br>2699 S. Bayshore Drive, 7th Floor<br>Miami, FL 33133-5425 | Soca Services Inc<br>Miles Gilman<br>c/o Alan Gold PA<br>1501 Sunset Rd 2 Fl<br>Coral Gables, FL 33143-5878 | Soca Services, Inc.<br>3769 Stewart Avenue<br>Miami, FL 33133-6732 |
| Sourceone Healthcare<br>P.O. Box 8004<br>Mentor, OH 44061-8004 | South Florida Medical Systems, Corp<br>9763 Quinn Ct<br>Wellington, FL 33414-6488 | South bay Radioligy<br>9007 Shawn Park Place<br>Orlando, FL 32819-4830 |
| Special Assistant United State Atty.<br>Assc. Area Counsel (SBSE)<br>Ft. Lauderdale -Royal Palm Bldg.<br>1000 S. Pine Island Rd., #300<br>Ft. Lauderdale, FL 33324-3910 | Staff Care, Inc.<br>P.O. Box 281923<br>Atlanta, GA 30384-1923 | Standard Coffee Services<br>P.O. Box 60624<br>Fort Myers, FL 33906-6624 |
| Standard Coffee Services<br>P.O. Box 70001<br>Fort Lauderdale, FL 33307-0001 | Standguard<br>P.O. Box 974861<br>Dallas, TX 75397-4861 | Stanley Con Security Solution<br>Dept. CH 10651<br>Palatine, IL 60055-0001 |
| Stanley E. richter, MD FACC<br>7401 N. University Dr.<br>Suite 204<br>Fort Lauderdale, FL 33321-2934 | Staples Business Advantage<br>500 Staples Drive<br>Framingham, MA 01702-4474 | Stephanie Walls<br>10790 Cameron Court<br>#208<br>Fort Lauderdale, FL 33324-4180 |

| | | |
|---|---|---|
| Stephen Edelstein MD PA<br>Stephen Edelstein MD<br>7046 NW 127 Way<br>Parkland, FL 33076-1976 | Stericycle, Inc.<br>P.O. Box 9001590<br>Louisville, KY 40290-1590 | Sun Coast Media Group, Inc.<br>23170 Harborview road<br>Punta Gorda, FL 33980-2100 |
| Sunrise X-Ray, Inc.<br>6175 N.W. 167th St.<br>Suite G-34<br>Hialeah, FL 33015-4362 | (p)SUPERMEDIA LLC<br>PO BOX 619810 MC22<br>DFW AIRPORT TX 75261-9810 | Suzanne Belano<br>3350 N.W. 47th Avenue<br>Pompano Beach, FL 33063-5903 |
| Sylvia Mullen<br>11694 N.W. 20 Drive<br>Pompano Beach, FL 33071-5700 | TG Collections<br>P.O. Box 659601<br>San Antonio, TX 78265-9601 | Tandy Seitz<br>21440 Kenelm Avenue<br>Port Charlotte, FL 33952-4411 |
| Tape Resource, LLC<br>5265 Provicence road<br>Suite 403<br>Virginia Beach, VA 23464-4209 | Teman MD, Allen<br>9750 N.W. 33 St.<br>#207<br>Pompano Beach, FL 33065-4081 | Teresa Pangle<br>6528 Sheryl Ann Drive<br>Orlando, FL 32809-4949 |
| Terminex<br>5776 Hoffner<br>Suite 303<br>Orlando, FL 32822-4810 | Terminix<br>3467 N.W. 55th St. BLDG 8<br>Fort Lauderdale, FL 33309-6308 | Terremark North America, Inc.<br>P.O. Box 864416<br>Orlando, FL 32886-4416 |
| The Honorable Eric Holder<br>United States Attorney General<br>950 Pennsylvania Avenue, N.W.<br>#4400<br>Washington, DC 20530-0009 | The Honorable R. Alexander Acosta<br>United States Attorney<br>Southern District of Florida<br>99 N.E. 4 St.<br>Miami, FL 33132-2145 | The Olympiad Partnership, LLP<br>c/o Robert B. Glenn<br>Edwin G. Rice<br>Glenn Rasmussen Fogarty & Hooker, P.A.<br>100 S. Ashley Drive, Suite 1300<br>Tampa, FL 33602-5309 |
| The Rawlings Co<br>POB 2000<br>La Grange KY 40031-2000 | The Rawlings Company<br>File#09USH0600566<br>P.O. Box 200<br>La Grange, KY 40031-0200 | The St. John Companies, Inc.<br>P.O. Box 51263<br>Los Angeles, CA 90051-5563 |
| Thyssenkrupp Elevator<br>P.O. Box 933010<br>Atlanta, GA 31193-3010 | Toni Givens<br>676 John Hancock Ln<br>W Melbourne FL 32904-7508 | Triad Isotopes Inc<br>c/o Kosto & Rotella<br>619 E Washington St<br>Orlando FL 32801-2937 |
| U.S. Yellow<br>P.O. Box 3110<br>Jersey City, NJ 07303-3110 | UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | USA Mobility Wireless, Inc.<br>P.O. Box 660770<br>Dallas, TX 75266-0770 |
| Uniqco Restoration & Coating<br>301 N. hwy 27<br>Suite D<br>Clermont, FL 34711-2447 | United Rads<br>P.O. Box 692649<br>Orlando, FL 32869-2649 | United States Trustee<br>51 SW 1 Ave., Room 1204<br>Miami, FL 33130-1614 |

| | | |
|---|---|---|
| Velman Hamilton<br>19587 Mombin Court<br>Port Charlotte, FL 33952-1175 | Virtural Imaging, Inc.<br>720 S. Power Road<br>Suite E<br>Deerfield Beach, FL 33442 | (p)WACHOVIA BANK NA<br>MAC X2303-01A<br>1 HOME CAMPUS<br>1ST FLOOR<br>DES MOINES IA 50328-0001 |
| Wells Fargo Financial Leasing Inc.<br>365 W. Passie St.<br>Rochelle park, NJ 07662-3017 | Welmark BCBS<br>P.O. Box 9232<br>Des Moines, IA 50306-9232 | Weltha Carr<br>21222 Coachman Avenue<br>Port Charlotte, FL 33952-2624 |
| William Sheinbaum, MD, FACC<br>7401 N. University Drive<br>Suite 204<br>Fort Lauderdale, FL 33321-2934 | Yaneth Varona<br>14421 Oakshire BLVD.<br>Orlando, FL 32824-5263 | Yellow Book<br>P.O. Box 66052<br>Dallas, TX 75266 |
| Zephyrhills<br>P.O. Box 856680<br>Louisville, KY 40285-6680 | Alan R Barbee<br>525 Okeechobee Blvd # 750<br>West Palm Beach, FL 33401-6329 | Fenton Froom<br>9007 Shawn Park Place<br>Orlando, FL 32819-4830 |
| Henry B Floyd IV<br>3158 Tala Loop<br>Longwood, FL 32779-3127 | John L. Heller<br>450 E Las Olas Blvd # 950<br>Fort Lauderdale, FL 33301-4200 | Leslie S Osborne<br>1300 N. Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Linda Risden<br>c/o Evan B. Klinek, Esq.<br>Greenspoon Marder, P.A.<br>100 W Cypress Creek Road<br>Suite 700<br>Fort Lauderdale, FL 33309-2195 | Lynn Gelman<br>1450 Madruga Avenue<br>Suite 408<br>Coral Gables, FL 33146-3165 | Lynn H. Gelman Esq<br>P.O. Box 163009<br>Miami, FL 33116-3009 |
| Martin T. Risden<br>c/o Evan B. Klinek, Esq.<br>Greenspoon Marder, P.A.<br>100 W Cypress Creek Road<br>Suite 700<br>Fort Lauderdale, FL 33309-2195 | Miles Gilman<br>c/o Francis L Carter<br>2699 S Bayshore Dr 7 Fl<br>Miami, FL 33133-5425 | Neil J Berman<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Ft. Lauderdale, FL 33312-6598 |
| Neil J. Berman<br>Berman Rennert Vogel & Mandler, P.A.<br>100 S.E. Second Street, Suite 2900<br>Miami, FL 33131-2119 | Randy Dunn<br>c/o Robert B Glenn, Esq<br>100 S Ashley Dr #1300<br>Tampa, FL 33602-5309 | Sheila Drayton<br>c/o Michael L Beckman, Esq<br>6350 Presidential Ct<br>Ft Meyers, FL 33919-3570 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 17167<br>Stop 5760<br>Fort Lauderdale, FL 33324 | (d)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Super Media fka Idearc Media<br>5601 Executive Dr<br>Irving TX 75038 |

Wachovia
P.O. Box 96074
Charlotte, NC 28296

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

(d)GE Healthcare
3000 N Grandview Blvd
Waukesha, WI 53188-1615

(u)Omni Medical Supply

(u)Sign tech Inc.
25191 E. Olympia Avenue
Punta Gorda

(u)Vanessa Caballero

(u)Deborah Goodman

(d)Elena J Costales
12816 Fish Ln
Clermont, FL 34711-8076

(d)Seth H Harris
2435 Academy Cir E #304
Kissimmee, FL 34744-8511

(d)Toni Givens
676 John Hancock Ln
W Melbourne, FL 32904-7508

End of Label Matrix
Mailable recipients    383
Bypassed recipients      9
Total                  392